■ In the Matter of EDWARD HIRSCHHORN, Deceased. ELSE BROMBERGER et al., Appellants; HELEN SCHWABACH, Respondent.— Motion for resettlement granted to the extent of directing that the costs of the appeal awarded to the respondent Helen Schwabach be payable out of the estate funds and assets remaining in the hands of the executors and the order of this court entered December 13, 1960 is resettled accordingly. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ ANN BROWN v. ST. CLARE'S HOSPITAL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MARIE JACKSON v. A. B. & C. MOTOR TRANSPORTATION CORP. et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HABIB RIAD HAWA. (B) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH HEADLEY.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS F. YOUNG, SR.— Motion for leave to reargue granted and upon reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS E. TIMMONS. [Same decision.] Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) In the Matter of STANLEY CHARUCKI et al., v. DEPARTMENT OF INVESTIGATION OF NEW YORK CITY. In the Matter of VIC CONSTRUCTION CORP. et al. v. DEPARTMENT OF INVESTIGATION OF NEW YORK CITY. (B) STEREO HOLDING CORPORATION v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased, et al. (C) JACK DAVIS v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased. (D) CHARLES LINDNER v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased.— [In each appeal] Motion for a stay denied. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.